1/6/04
*RESCHEDULED FROM JANUARY 5, 2004, PER REQUEST OF COURT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

~~AMENDED~~
~~Rule 16 Conference Calendar~~

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

~~JANUARY 26, 2004~~

~~2:30 P.M.~~

RULE 16 CONFERENCE HELD
Date: 1/26/04

~~CASE NO. 3:03 cv 1023 (JCH) Gorman v. Metro-North RR Co.~~

Scott E. Perry
George J. Cahill Jr.
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511

Patrick J. Flaherty
Cooney, Scully & Dowling
10 Columbus Blvd.
Hartford, CT 06106-5109

All persons entering the courthouse must show photo identification.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK