UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

―――――――――――――――――――――X

DANIEL GORMAN,                                   CIVIL ACTION

    Plaintiff                                      NO. 3:03CV1023 (JCH)

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant                                APRIL 26, 2004

―――――――――――――――――――――X

## MOTION TO EXTEND DISCOVERY DEADLINE

The plaintiff hereby moves for a three week extension of time to complete discovery from April 30 up to and including May 21, 2004.

In support hereof he states the following:

1. This is the first motion to extend the discovery deadline.

2. The plaintiff was deposed on March 16, 2004

3. There are two depositions of Metro-North employees that need to be completed and they are currently scheduled for May 11, 2004.

4. Undersigned counsel contacted Metro-North's attorney, Patrick Flaherty, this same day and he has no objection to the instant motion.

Wherefore, the plaintiff seeks a three week extension of time to complete discovery from April 30, 2004 up to and including May 21, 2004.

Respectfully submitted,

FOR THE PLAINTIFF DANIEL GORMAN,

By _/s/ Scott Perry_____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 26th day of April, 2004, to Patrick J. Flaherty, Esq., Cooney, Scully and Dowling, Hartford Square North, Ten Columbus Boulevard, Hartford, Connecticut 06106.

_/s/ Scott Perry_____
Scott E. Perry

2