16

**FILED**

2004 APR 28 A 9: 32

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

————————————————————X

DANIEL GORMAN,   CIVIL ACTION

    Plaintiff   NO. 3:03CV1023 (JCH)

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant   APRIL 27, 2004

————————————————————X

### MOTION TO EXTEND DISCOVERY DEADLINE

The plaintiff hereby moves for a three week extension of time to complete discovery from April 30 up to and including May 21, 2004.

In support hereof he states the following:

1. This is the first motion to extend the discovery deadline.

2. The plaintiff was deposed on March 16, 2004

3. There are two depositions of Metro-North employees that need to be completed and they are currently scheduled for May 11, 2004.

4. Undersigned counsel contacted Metro-North's attorney, Patrick Flaherty, this day and he has no objection to the instant motion.

Motion Granted.
Discovery cutoff date 5/21/04
Dispositive Motions due 6/_
SO ORDERED
4/29/04  /s/ Janet Hall D.J.