FILED

UNITED STATES DISTRICT COURT

2004 JUL 13 A 11: 48

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

———————————————X

DANIEL GORMAN,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

———————————————X

CIVIL ACTION

NO. 3:03CV1023 (JCH)

JULY 8, 2004

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to either party.

PLAINTIFF, DANIEL GORMAN

BY _____
Scott E. Perry (ct17236)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

DEFENDANT, METRO-NORTH RAILROAD COMPANY

BY _____
Patrick J. Flaherty (ct04303)
COONEY, SCULLY AND DOWLING
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106
(203) 357-9200